UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BEGASHAW AYELE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-11798-NMG |
| SECURITY SERVICES OF CONNECTICUT, et al., | ) |
| Defendants. | ) |

REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS
[Docket Nos. 13, 17, 19, 22, 24, 28]

April 18, 2022

Boal, M.J.

Pro se plaintiff Begashaw Ayele asserts claims of discrimination in violation of Title VII, the Americans with Disabilities Act ("ADA") and Massachusetts law, violations of 42 U.S.C. § 1983, and breach of contract against various defendants. Defendants Security Services of Connecticut ("SSC"), Peter H. Ryba, Tammy Allard, the Massachusetts Commission Against Discrimination ("MCAD"), Neldy Jean-Francois, Sarah Biglow,[1] and the Massachusetts Department of Unemployment Assistance ("MDUA") have moved to dismiss the claims against

---

[1] The MCAD, Jean-Francois, and Biglow are collectively referred to as the "MCAD Defendants."

1

*Report and Recommendation accepted and adopted.*
*/s/ NMGorton, USDJ 05/10/2023*